# DEFENSE SENTENCING SUMMARY CHART

Defendant's Name: James Moore Docket No.: 24CR02022

Attorney's Name: Nate Crowley Phone No.: 619-363-1547

Guideline Manual Used: 2025 Agree with USPO Calcs. no

Base Offense Level: USSG § 2D1.1(a)(5) (Drug Quantity) if Applicable 86,880kg CDW — 36

Specific Offense Characteristics:

reduced BOL for minimal participant §2D1.1(a)(5) — 30

Adjustments:

minimal participant § 3B1.2(a) — -4

Adjusted Offense Level:

☐ Combined (Mult. Counts) ☐ Career Offender ☐ Armed Career Criminal

Adjustment for Acceptance of Responsibility: -3

Total Offense Level: 23

Criminal History Score: 3

Criminal History Category: II

☐ Career Offender ☐ Armed Career Criminal

Guideline Range:

(Range limited by: ☐ Minimum Mandatory ☐ Statutory Maximum) *from:* 51 *to:* 63

Departures:

5K2.0 combination circumstances (agreed in PA) — -5

Adjusted Offense Level: 18

Resulting Guideline Range: *from:* 30 *to:* 37

Supervised Release Range: 3 y Fine Range: ____

**Recommendation :** Defense recomends variance to time served or probation, based on post offense rehabilitation, health issues, dementia, age.