SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 6, 2026

USPO ______
AUSA X
DEF ______

Defendant's Name: James DeLee Moore
Docket No.: 24-CR-2022-JO

Attorney's Name: Joshua C.Mellor
Phone No.: 619-546-9733

Guideline Manual Used: November 2025
Agree with USPO Calcs. No

Base Offense Level(s): USSG § 2D1.1(c)(1), 4.5 kgs meth actual or 90k conv. drug — 38

Specific Offense Characteristics: USSG § 2D1.1(b)(18), Safety Valve — 0

Adjusted Offense Level:
☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility ☒ Government Motion - USSG §3E1.1(b) — -3

Zero-Point Offender, § 4C1.1 — 0

Early Disposition/Fast Track, § 3F1.1 — 0

Adjusted Offense Level: — 35

Criminal History Score: — 3

Criminal History Category: — II
☐ Career Offender ☐ Armed Career Criminal

Guideline Range — from 188 months
Range limited by: ☐ minimum mandatory ☐ statutory maximum) — to 235 months

Variances: four-level variance for early disposition/appeal waiver
USSG § 5K2.0

RECOMMENDATION: 121 months' custody; 5 years S/R;

No fine; and $300 Special Assessment.